# U.S. District Court
## Southern District of Ohio (Columbus)
## CIVIL DOCKET FOR CASE #: 2:20−mc−00043−ALM−CMV

| | |
|---|---|
| Ohio Department of Insurance v. RPM Mortgage, Inc., et al.<br>Assigned to: Chief Judge Algenon L. Marbley<br>Referred to: Magistrate Judge Chelsey M. Vascura<br>Cause: No cause code entered | Date Filed: 10/16/2020<br>Date Terminated: 11/18/2020 |

**Plaintiff**

| | | |
|---|---|---|
| **Ohio Department of Insurance**<br>Ohio Department of Insurance<br>50 W. Town St.<br>Suite 300<br>Columbus, OH 43215<br>614−644−2658 | represented by | **Lisa M. Haywood**<br>Ohio Attorney General<br>Health & Human Svcs.<br>30 E. Broad St.<br>Columbus, OH 43215<br>614−466−8177<br>Fax: 844−283−7223<br>Email: lisa.haywood@ohioattorneygeneral.gov<br>*ATTORNEY TO BE NOTICED* |

V.

**Defendant**

| | | |
|---|---|---|
| **RPM Mortgage, Inc** | represented by | **Stephen Daniel Bittinger**<br>K&L Gates LLP<br>134 Meeting Street<br>Ste. 500<br>Charleston, SC 29401<br>843.579.5600<br>Fax: 843.579.5601<br>Email: Stephen.Bittinger@klgates.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Lendus, LLC** | represented by | **Stephen Daniel Bittinger**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/16/2020 | 1 | First MOTION to Quash *the May 14, 2019 Subpoena to Testify at a Deposition and Motion for Protective Order*, filed by Ohio Department of Insurance. (Attachments: # 1 Exhibit Subpoena, # 2 Exhibit 5/30/19 letter) (Haywood, Lisa) (Entered: 10/16/2020) |
| 10/19/2020 |  | Filing fee: $ 47.00, receipt number 200COL063515. (jlk) (Entered: 10/19/2020) |
| 11/06/2020 | 2 | RESPONSE in Opposition re 1 First MOTION to Quash *the May 14, 2019 Subpoena to Testify at a* |

| | | |
|---|---|---|
| | | *Deposition and Motion for Protective Order* MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS MOTION TO QUASH THE MAY 14, 2019 SUBPOENA TO TESTIFY AT A DEPOSITION AND MOTION FOR PROTECTIVE ORDER filed by Defendants Lendus, LLC, RPM Mortgage, Inc. (Bittinger, Stephen) (Entered: 11/06/2020) |
| 11/06/2020 | 3 | AFFIDAVIT in Opposition re 1 First MOTION to Quash *the May 14, 2019 Subpoena to Testify at a Deposition and Motion for Protective Order* DECLARATION OF STEPHEN D. BITTINGER IN OPPOSITION TO PLAINTIFFS MOTION TO QUASH THE MAY 14, 2019 SUBPOENA TO TESTIFY AT A DEPOSITION AND MOTION FOR PROTECTIVE ORDER filed by Defendants Lendus, LLC, RPM Mortgage, Inc. (Attachments: # 1 Exhibit A – Letter, # 2 Exhibit B – Email, # 3 Exhibit C – Email, # 4 Exhibit D – Email, # 5 Exhibit E – Email) (Bittinger, Stephen) (Entered: 11/06/2020) |
| 11/18/2020 | 4 | OPINION AND ORDER transferring the 1 Motion to Quash filed by Ohio Department of Insurance to the United States District Court for the Southern District of New York re: the underlying litigation captioned *Partner Reinsurance Company Ltd. v RPM Mortgage, Inc. and LendUS, LLC.*, Civil Action No. 1:18–cv–05831. Signed by Magistrate Judge Chelsey M. Vascura on 11/18/2020. (kk2) (Entered: 11/18/2020) |
| 11/18/2020 |  | Case transferred to Southern District of New York. Case file and docket sheet sent Electronically. (kk2) (Entered: 11/18/2020) |